**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LUCAS WILLIAMS,

        Plaintiff,

v.                                                             Case No.: 3:26-cv-21-WWB-SJH

SERGIO JIMENEZ, KEVIN C.
MCCLANAHAN, CARMEN PACHECO,
DAWN HILL-KEARSE and WAVNY
TOUSSAINT,

        Defendants.
                                                          /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) ("**Motion to Proceed**," Doc. 2). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 8), in which he recommends that the Motion to Proceed be denied and the Complaint (Doc. 1) be dismissed without leave to amend.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4.  The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on April 2, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party